ACCEPTED
04-15-00075-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 1:13:17 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00075-CV

| | | |
|---|---|---|
| SAN ANTONIO HOUSING AUTHORITY | * | IN THE FOUTH COURT |
| Appellant, | * | |
| | * | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| v. | * | OF APPEALS |
| | * | 4/23/2015 1:13:17 PM |
| SERENTO APARTMENTS, LLC | * | KEITH E. HOTTLE<br>Clerk |
| Appellee, | * | BEXAR COUNTY, TEXAS |

Motion for Extension

NOW COMES SERENTO APARTMENTS, LLC, Appellee in the above styled and numbered cause requesting an extension of 10 additional days to file a response brief.

For cause Appellee would show unto the honorable Court the following:

1. Counsel for Appellee has been, and continues to be, suffering from a respiratory related health condition for which he is, and has been taking, prescription steriod and other medication. Counsel has been suffering from this condition since March and has been unable to fully engage in representing Appellee since that time.

2. Because of Counsel's illness previously scheduled, and or contested cases, took a significant amount of time, preventing Counsel from spending adequate time to prepare a response brief in this case.

For these reasons Appellee requests that the Court grant a one-time extension to prepare and file a response brief.

Respectfully submitted,

Law Office of James A. Rickerson
111 E. Euclid
San Antonio, Texas 78212
Tel: (210) 363-2399
Email: Rickersonlaw@aol.com

by: _____
James A. Rickerson
SBN: 24003679
Attorney for Appellee

## Certificate of Service

This is to certify that on April 24, 2015, a true and correct copy of the foregoing motion has been sent by email transmission in accordance with applicable Appellate Rules to:

Nathan Mark Ralls
Hoblit Ferguson Darling, L.L.P.
300 Convent St Ste 1450
San Antonio, TX 78205-1318
VIA E-MAIL

James A. Rickerson
SBN: 24003679

CAUSE NO. 04-15-00075-CV

SAN ANTONIO HOUSING AUTHORITY    *    IN THE FOUTH COURT

       Appellant,    *

       *

v.        *    OF APPEALS

       *

SERENTO APARTMENTS, LLC    *

       Appellee,    *    BEXAR COUNTY, TEXAS

Order on Motion for Extension

On _____, 2015 the Court considered Appellee's Motion for Extension. After considering the motion the Court is of the opinion that Appellee's motion should be:

_____GRANTED

_____DENIED.

IT IS THEREFORE ORDERED.

SIGNED ON: _____

_____
Justice or Clerk

APPROVED AS TO FORM:

Law Office of James A. Rickerson
111 E. Euclid
San Antonio, Texas 78212
Tel: (210) 363-2399
Email: Rickersonlaw@aol.com

by: _____
James A. Rickerso
SBN: 24003679
Attorney for Appellee